UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **CV 25-5304-MWF(SKx)**                                    Date: October 28, 2025

Title      ***Larry Dunn v. Pantheon Coffee House LLC, et al.***

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL**

In light of the Notice of Settlement (Docket No. 21) filed October 27, 2025, the Court sets a hearing on Order to Show Cause Re Dismissal for **NOVEMBER 24, 2025,** at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  The Order to Show Cause Re Default Judgment (Docket No. 20) on November 3, 2025, is **VACATED.**

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm